## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 27, 2014

John Thomas Harrington
The Employment Law Goup, PC
888 17TH ST NW STE 900
WASHINGTON, DC 20006-3307

Robert Scott Oswald
The Employment Law Goup, PC
888 17TH ST NW STE 900
WASHINGTON, DC 20006-3307

Appeal Number: 13-15685-BB
Case Style: Stacey Meyer v. Secretary, U.S. DHS
District Court Docket No: 1:12-cv-22666-CMA

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

The motion to withdraw as counsel for Appellant as to R. Scott Oswald, John T. Harrington and Ericka Deutsch Rotbart is GRANTED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB/ej
Phone #: (404) 335-6179

MOT-2 Notice of Court Action